Núm. 1055.—Douglas, recurrente, v. Registrador, recurrido.— Noviembre 24, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, el recurrente en su alegato dice:

"El recurrente ha tomado los pasos necesarios para la corrección de·los defectos que dieron motivo a los fundamentos segundo y tercero de la nota denegatoria, es decir, acreditó quiénes eran los miembros de la Sucesión de Francisco Pagán Osores, acompañó la tasación del Tesorero de Puerto Rico al inmueble vendido, y también acompañó resolución del Consejo Ejecutivo de Puerto Rico aprobando la venta. Dichos documentos están al presente inscribiéndose en el Registro de la Propiedad de Mayagüez, y tan pronto los mismos estén inscritos presentaremos ante este Tribunal evidencia de que esos defectos han sido debidamente corregidos. Por tal motivo, limitaremos nuestro argumento a los fundamentos uno y cuatro de la nota denegatoria."

Por cuanto, en el alegato del registrador encontramos las siguientes manifestaciones:

"Instado recurso de revisión en este caso, el recurrente se limita en su alegato, a discutir los fundamentos marcados con los números 1 y 4 por haber sido ciertamente subsanados, en fecha·posterior, los defectos relacionados bajo los números 2 y 3 de la nota denegatoria."

Por cuanto, en tal virtud tampoco hemos discutido, por entenderlo innecesario, los fundamentos segundo·y tercero de la nota recurrida.

· Por tanto, y por los motivos expresados en nuestra opinión emitida en el día de hoy (ante, pág. 665), se revoca la nota recurrida y se ordena la inscripción del documento presentado, siempre que aparezcan ya subsanados en el registro, tal como se desprende de los respectivos alegatos arriba mencionados, los defectos erróneamente clasificados por el registrador como insubsanables en los fundamentos segundo·y tercero de dicha nota.